**Marcus L. BRUMMALL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 65166.**

Missouri Court of Appeals,
Western District.

April 11, 2006.

Rosalynn Koch, Columbia, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, Presiding Judge, HAROLD L. LOWENSTEIN, Judge, and PAUL M. SPINDEN, Judge.

## ORDER

PER CURIAM.

Marcus L. Brummall appeals the denial, after an evidentiary hearing, of his amended Rule 29.15 motion. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value; however, a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. *Rule 84.16(b).*